**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANCISCO J. RAMIREZ, | ) | No. CV 07-2226-DDP(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BEN CURRY (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed with prejudice.

DATED:   August 3, 2011

                                                     DEAN D. PREGERSON
                                               United States District Judge